UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-33774 |
| Jamie P Boyd ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**Order Dismissing Case for Failure to Make Plan Payments**

The Court having heard the facts finds that the debtor is in material default.

ORDERED: The case is dismissed for material default pursuant to 11 U.S.C. Section 1307 [c][6].

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 25, 2021

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300